SIMON DALSHEIMER et al., respondents,

*v.*

GRAPHIC ARTS COMPANY, appellant.

[Decided May 3d, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *86 N. J. Eq. 49.*

*Messrs. Grey & Archer,* for the complainants-respondents.

*Messrs. Bourgeois & Coulomb,* for the defendant-appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—12.

*For reversal*—None.